**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6595**

———————

REGINALD C. SWEAT,

              Plaintiff – Appellant,

        v.

DORRIS COOK, Head Nurse, Individual and Official Capacity;
HARRY MCKENN, Dr., Individual and Official Capacity,

              Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry F. Floyd, District Judge.
(9:09-cv-01255-HFF)

———————

Submitted:  November 18, 2010      Decided:  November 30, 2010

———————

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Reginald C. Sweat, Appellant Pro Se.   James E. Parham, Jr.,
Irmo, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald C. Sweat appeals the district court's order accepting the recommendation of the magistrate judge and denying his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sweat v. Cook</u>, No. 9:09-cv-01255-HFF (D.S.C. Apr. 9, 2010). We deny Sweat's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>